UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 66.65.156.7,

                Defendant.

1:22-cv-06369 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 6, 2022, the Court ordered Plaintiff to file a status letter by February 3, 2023. *See* ECF No. 13. No such letter has been filed. Accordingly, Plaintiff shall, by **February 10, 2023**, file the letter required by ECF No. 13.

Dated: February 6, 2023
       New York, New York

                                            SO ORDERED.

                                            JENNIFER L. ROCHON
                                            United States District Judge